IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDELL K. BROWN,<br>        Plaintiff,<br>    v.<br>SERGEANT WILLIAM TEDJESKI,<br>CORRECTIONS OFFICERS GREER,<br>TANSKER, and THOMAS, DEPUTY<br>SUPERINTENDENT FOLINO, and R.N.<br>LAUGHARD,<br>        Defendants | :<br>:<br>: Civil Action No. 03-69J<br>:<br>:<br>:<br>:<br>:<br>: |

### MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

On October 11, 2006, the Magistrate Judge filed a Report and Recommendation, docket no. 40, recommending that the complaint be dismissed for plaintiff's failure to prosecute.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No objections have been filed, and the time to do so has expired.

After review of the record of this matter together with the Report and Recommendation, and noting the lack of objections thereto, the following order is entered:

AND NOW, this 30th day of October, 2006, it is

ORDERED that complaint is dismissed with prejudice for lack of prosecution.  Judgment is entered for the defendants.  The Report and Recommendation is adopted as the Opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

    Wendell K. Brown DJ-3760
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698-1000

    Mariah Passarelli, Esquire
    6th Floor Manor Complex
    564 Forbes Avenue
    Pittsburgh, PA 15219